IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CURTIS TAYLOR § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | |
| § | NO. 3-08-CV-1879-O |
| NATHANIEL QUARTERMAN, Director § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division § | |
| § | |
| Respondent. § | |

## **ORDER**

Before the Court is the Findings and Recommendation ("Recommendation") of the United States Magistrate Judge (Doc. No. 8) recommending that the Petitioner's application for writ of habeas corpus be dismissed with prejudice as barred by the statute of limitations. Petitioner filed his Objections to the Magistrate Judge's Recommendation (Doc. No. 12) on March 10, 2009.

After conducting a *de novo* review of the pleadings, files and records in this case, the Findings and Recommendation of the United States Magistrate Judge, and the Objections thereto, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this 31st day of March, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**